THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Latesha Fleming, Appellant.
 
 
 

Appeal From Newberry County
 James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-249
Submitted May 1, 2006  Filed May 18, 2006  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, Office of the Attorney General, all of Columbia; and Solicitor Jerry W. Peace of Newberry, for Respondent.  
 
 
 

PER CURIAM:  A Newberry County jury convicted Latesha Fleming of unlawful conduct towards a child and infliction or allowing infliction of great bodily injury upon a child.  The trial court sentenced her to twenty years in prison for the infliction of great bodily injury on a child and ten years for the unlawful conduct charge, to run concurrently. Fleming appeals, arguing the trial court erred in denying her motion for a directed verdict.  Fleming did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Flemings appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. 
KITTREDGE, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.